Form B 250D(summons3)(12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Michelle Catherine Merceri,

    Debtor(s).

_____

Case Number: 10–23826–MLB

**Adversary Case Number: 11–01167–MLB**

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

Leonard Zavala,

    Plaintiff(s),

v.

Michelle Merceri and John Doe Merceri and the marital community thereof; JV and T Capital, LLC, a Washington Limited Liability Corporation,

    Defendant(s).

_____

Michelle Merceri and John Doe Merceri; and the marital community thereof; JV and T Capital, LLC, a Washington Limited Liability Corporation and Ronald Brown, Trustee in Bankruptcy in the above referenced case and only in said capacity,

    Third Party Plaintiff(s),

v.

Cote Enterprises, Inc., dba Alturas Funding and John Does 1–50; MFI Software Corporation, dba MFI Corporation; Heather Cote and John Doe Cote and the marital community composed thereof; Lawrence Kenneth Swenson, Jr. and Jane Doe Swenson and the marital community composed thereof,

    Third Party Defendant(s).

---

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**
**AMENDED**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:  U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the Third Party Plaintiff's attorney (or Third Party Plaintiff if not represented by counsel).

Name and Address of Third Party Plaintiff's Attorney (or Third Party Plaintiff if not represented by counsel):

Marc Stern
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date and Time: June 24, 2011 at 08:45 AM**

**Address: U.S. Courthouse, Room 7106, 700 Stewart St, Seattle, WA 98101**

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

BY: /s/ Kim E. Kelley
Deputy Clerk



**Date of Issuance: May 2, 2011**

*Summons must be served within 14 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. W.D.Wash.Local Bankr. Rule 7004−1.*